E-filed: 9/29/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUSEYIN ZENKIN, | No. C-05-01577 RMW |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| EEOC, SONY ELECTRONICS, INC., | |
| Defendant. | |

On November 3, 2005 the court issued its order granting Sony's motion to dismiss. No party appeared for the Case Management Conference on November 4, 2005. Therefore,

IT IS HEREBY ORDERED that judgment of dismissal is hereby entered in favor of defendants EEOC and Sony and against plaintiff and plaintiff shall take nothing by way of his complaint.

DATED: 9/29/2008

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT OF DISMISSAL —C-05-1577 RMW
TSF

1  **A copy of this order was mailed on 9/29/2008 to:**

2  **Counsel for Plaintiff(s):**

3  Huseyin Zenkin
   23052-H Alicia Parkway # 384
4  Mission Vallejo, CA 92692

5  **Notice of this document has been electronically sent to:**

6  **Counsel for Defendant(s):**

7  Deborah Crandall Saxe             dsaxe@jonesday.com
   Kimberly B. Samek                 Kimberly.Samek@hellerehrman.com
8

9
   Counsel are responsible for distributing copies of this document to co-counsel that have not registered
10 for e-filing under the court's CM/ECF program in each action.

11
   **Dated:**   9/29/2008                              TSF
12                                                     **Chambers of Judge Whyte**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT OF DISMISSAL —C-05-1577 RMW
TSF                                              2